UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

S.D. BENNER, LLC, et al.,            )
                                     )
        Plaintiffs,                  )
                                     )   Case No. 1:15-cv-673
v.                                   )
                                     )   Honorable Phillip J. Green
BRADLEY COMPANY, LLC,                )
                                     )
        Defendant.                   )
_____ )

## **JUDGMENT**

For the reasons set forth in the accompanying Opinion and Order, judgment is hereby entered in defendant's favor on all plaintiffs' claims.

Dated: March 29, 2019            /s/ Phillip J. Green
                                 PHILLIP J. GREEN
                                 United States Magistrate Judge